UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY A MORTON, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY BERKOMPAS, ET AL., <br><br> Defendants. | 2:22-CV-12619-TGB <br><br><br> **ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

This case was filed on November 1, 2022. Plaintiff took no further action. Thus, on February 7, 2023, pursuant to E.D. Mich. LR 41.2, the Court ordered Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute. Plaintiff responded to that Order, requesting additional time to retain new counsel (ECF No. 6). The request was granted in part via text-only order, allowing a 30 day extension until May 26, 2023. On June 20, 2023, the Court issued a second Order to Show Cause (ECF No. 7). Plaintiff has not responded to that Order.

As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED this 20th day of June, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge